EXHIBIT 4

EVIDENCE OF USE FOR U.S. PATENT NO. 10,049,410

Title: Receipts scanner and financial organizer

Application No.: US 14/878,363

Filing Date: October 8, 2015

Issue Date: August 14, 2018

**Accused Product:**



Source: https://www.concur.com/receipt-management-app

**ExpenseIt is the Only Expense App that Works Seamlessly with Concur**

Since launching for Concur customers at the end of 2013, ExpenseIt has turned more than a quarter of a million receipt images into expense reports for a variety of innovative companies, both small and large. Because employees are capturing expenses on the go, companies get a closer to real-time view into spending.

Source: https://www.prnewswire.com/news-releases/expenseit-makes-manual-expense-reports-a-thing-of-the-past-258453171.html

1

**Evidence of Use**

| **Claim Language** | **Evidence of Infringement** |
|---|---|
| 1. A method for processing a paper expense receipt using a computer system, comprising the steps of:<br><br>receiving at a computer input device the paper expense receipt from an individual incurring an expense; | ExpenseIt in the SAP Concur mobile app is a value-added service that turns receipts into expense entries and sends them directly to Concur Expense. SAP Concur has a receipt scanner that scan receipts ("paper expense receipt") comprising expense information of the user.<br><br>**SAP Concur**<br><br>Simplify expense reporting and say goodbye to paper receipts<br><br>ExpenseIt is a service that makes it possible for employees to take pics of receipts and send them directly to Concur Expense — all within the SAP Concur mobile app. By automatically creating, categorizing, and itemizing expense entries on the go, you can:<br><br>Source: https://www.concur.com/receipt-management-app<br><br>**How to Capture Receipts with Your Mobile Phone**<br><br>SAP Concur solutions make it easy for users to capture receipts and eliminate some of the manual data entry associated with business expenses. ExpenseIt is a receipt scanning feature on the SAP Concur mobile app that allows you to digitize receipts on-the-go – meaning, you won't have to keep track of all your paper receipts.<br><br>By digitizing these receipts, expense entries will be created, categorized, itemized, and sent to Concur Expense for you. This automation decreases the time you spend on expense reports and increases your productivity.<br><br>To capture receipts, **log into the SAP Concur mobile app, tap *ExpenseIt*, and take a photo of a receipt.** ExpenseIt will then create a line item, selecting the expense category, matching credit card charges, and even itemizing your complicated hotel bills for you.<br><br>Source: https://www.concur.com/newsroom/article/how-to-capture-receipts-with-your-mobile-phone |

| Claim Language | Evidence of Infringement |
|---|---|
| receiving on a computer processor an electronic image of the expense receipt from the computer input device; | Upon capturing an image of a receipt, the receipt is uploaded or saved to SAP Concur. SAP Concur's scanner can scan any type of expense bill such as grocery bills, restaurant bills, transportation bills or more which does not have a predefined format.<br><br>SAP Concur solutions make it easy for users to capture receipts and eliminate some of the manual data entry associated with business expenses. ExpenseIt is a receipt scanning feature on the SAP Concur mobile app that allows you to digitize receipts on-the-go – meaning, you won't have to keep track of all your paper receipts.<br><br>By digitizing these receipts, expense entries will be created, categorized, itemized, and sent to Concur Expense for you. This automation decreases the time you spend on expense reports and increases your productivity.<br><br>Source: https://www.concur.com/newsroom/article/how-to-capture-receipts-with-your-mobile-phone<br><br>**ExpenseIt Pro and partner apps**<br><br>When business travelers are on the road, SAP Concur solutions make expense reporting easy with ExpenseIt, part of the SAP Concur mobile app. With this innovative feature, travelers simply use their smartphone camera to capture and upload an image of a receipt.<br><br>Source: https://www.concur.com/newsroom/video/how-concur-expense-works |

3

| Claim Language | Evidence of Infringement |
|---|---|
| processing the electronic image to automatically obtain expense data by: | <br>Source: https://www.concur.com/self-guided-demo-expense?cid=Global-SAP-FBPAGE-MarketingCampaign-us_organic-spr-4170225011#/capture |

4

| Claim Language | Evidence of Infringement |
|---|---|
| using software to retrieve at least the relevant data from the electronic image; and<br><br>parsing the relevant data to obtain the expense data within the relevant data; and | ExpenseIt uses machine learning, computer vision and OCR technology to read scanned receipt. ExpenseIt extracts essential information such as expenditure amount, date, location, etc. from receipt. ExpenseIt automatically detects amount ("expense data") from other available information.<br><br>SAP Concur solutions make it easy for users to capture receipts and eliminate some of the manual data entry associated with business expenses. ExpenseIt is a receipt scanning feature on the SAP Concur mobile app that allows you to digitize receipts on-the-go – meaning, you won't have to keep track of all your paper receipts.<br><br>Source: https://www.concur.com/newsroom/article/how-to-capture-receipts-with-your-mobile-phone<br><br>Which mobile device platform is the SAP Concur mobile app available on?  The SAP Concur mobile app is available for iOS and Android.<br><br>Source: https://www.concur.com/sites/default/files/end_user_expenseitinconcurapp_faq_jan_2019.pdf Page 3 of 6<br><br>How does ExpenseIt turn receipts into expenses?  ExpenseIt utilizes a variety of techniques including machine learning, individual user history, optical character recognition (OCR), and computer vision to read and predict several critical values from a receipt. Using these techniques, ExpenseIt works to identify the amount, currency, date, location, expense type, payment type, vendor, and hotel itemizations then pulls that information into an expense.<br><br>Source: https://www.concur.com/sites/default/files/rc-import-EndUser_ExpenseItinConcurApp_FAQ.pdf  Page 4 of 9 |

5

| Claim Language | Evidence of Infringement |
|---|---|
| populating an electronic expense report with the expense data; and | Source: https://www.concur.com/self-guided-demo-expense?cid=Global-SAP-FBPAGE-MarketingCampaign-us_organic-spr-4170225011#/capture |

6

| Claim Language | Evidence of Infringement |
|---|---|
| displaying the electronic expense report to the individual;<br><br>**Specification support:**<br>*Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16). Each receipt is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the software program in the computer 2 has organized all the information (Step 17). This new or updated file is ready for viewing on the screen (see the monitor 3 in FIG. 1) and/or for printing (see the printer 4 in the FIG. 1) (Step 18).*<br>[US Patent No. 10,049,410 at col. 4, lines 19 – 29]<br>displaying the electronic expense report to the individual. | The extracted information is automatically populated into their relevant field in the SAP Concur application which is displayed on the display screen of the mobile device.<br><br>*If you don't have Expense Assistant on, you can view the created expense in the expense library. If you're on the web version or wanting to review and adjust itemizations, first move the expense to a report; otherwise, edits can be made from the expense library.*<br><br>*Tap on an item to review the expense type, date, vendor, and location. You will be able to edit these fields if necessary. Once the populated information is complete and accurate, you can move the expense to a report if you haven't done so already.*<br><br>Source: https://www.concur.com/sites/default/files/rc-import-EndUser_ExpenseItinConcurApp_FAQ.pdf Page 4 of 9<br><br>Source: https://www.zoho.com/books/expense-reporting/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | SAP Concur displays the extracted expenditure data of a receipt in the form of an expense report to the user.<br><br><br><br>Source: https://www.concur.com/self-guided-demo-expense?cid=Global-SAP-FBPAGE-MarketingCampaign-us_organic-spr-4170225011#/submit |

8

| Claim Language | Evidence of Infringement |
|---|---|
| wherein the expense receipt has no predefined format for the computer system. | <br>Source: https://www.concur.com/newsroom/article/how-to-capture-receipts-with-your-mobile-phone |

9

| Claim Language | Evidence of Infringement |
|---|---|
| | SAP Concur can scan various sized paper receipts, invoices, and bills.<br><br>ExpenseIt will then create an expense entry – selecting the expense type, matching payment type, and even itemizing your complicated hotel bills for you – and send it straight to Concur Expense. ExpenseIt uses a combination of technologies to create expenses accurately from receipt images. You also have the opportunity to review and make changes to expenses along the way.<br><br>Source: https://www.concur.com/sites/default/files/rc-import-EndUser_ExpenseItinConcurApp_FAQ.pdf  Page 2 of 9<br><br>[Image of phone showing receipt capture from Shiso Steak House]<br><br>Source: https://www.concur.com/self-guided-demo-expense?cid=Global-SAP-FBPAGE-MarketingCampaign-us_organic-spr-4170225011#/capture |